# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00084-CV

**Monica Ramirez, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 198TH JUDICIAL DISTRICT
### NO. 2007019, HONORABLE ROB HOFMANN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Monica Ramirez has filed a motion to dismiss her appeal of a trial court's findings and order, dated January 22, 2008, from a section 263.405(d) hearing. *See* Tex. Fam. Code Ann. § 263.405(d) (West Supp. 2007). We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).[1]

---

[1] In December 2007, the trial court entered a final judgment terminating Ramirez's parental rights. Ramirez filed a statement of points on appeal on January 8 and an amended statement of points on appeal on January 16. The trial court in its January order denied Ramirez's motion to extend time to file a statement of points on appeal from the termination judgment. *See* Tex. Fam. Code Ann. § 263.405(b)(2) (West Supp. 2007). Ramirez then filed with this Court, a motion to extend the time to file her statement of points on appeal, and this Court, on February 6, granted her motion, extending the time to file her statement of points on appeal to January 17. Ramirez, on February 12, filed in the trial court, a motion for rehearing and new trial from the January findings and orders based in part on the timeliness of her statement of points on appeal after the extension from this Court. The trial court thereafter held a section 263.405(d) hearing in February, entering findings and an order dated February 27, 2008. Ramirez has filed a notice of appeal from the February findings and order that remains pending in this Court as appellate cause number 03-08-00150-CV. Her appeal from the termination of her parental rights also remains pending in this Court as appellate cause number 03-08-00021-CV.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   May 9, 2008